IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01831-WJM-MEH

RALPH B. RICHEY, derivatively on behalf of Chipotle Mexican Grill, Inc.,

    Plaintiff,

v.

M. STEVEN ELLS,
MONTGOMERY F. MORAN,
ALBERT S. BALDOCCHI,
JOHN S. CHARLESWORTH,
NEIL W. FLANZRAICH,
PATRICK J. FLYNN,
DARLENE J. FRIEDMAN, and
CHIPOTLE MEXICAN GRILL, INC., nominal Defendant,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 6, 2013.**

    The Joint Motion to Approve the [Proposed] Stipulated Protective Order and Confidentiality Agreement Acknowledgment [filed March 4, 2013; docket #35] is **denied without prejudice** and the proposed Stipulated Protective Order is refused. The parties are granted leave to submit a revised proposed protective order consistent with *Gillard v. Boulder Valley Sch. Dist.*, 196 F.R.D. 382 (D. Colo. 2000), which provides a more specific procedure for challenging the confidentiality of documents or information. In renewing their request for a protective order, the parties are directed to submit a revised proposed order in either Word or WordPerfect format.