IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01831-WJM-MEH

SALEEM MOHAMMED, derivatively on behalf of Chipotle Mexican Grill, Inc.,

    Plaintiff,

v.

M. STEVEN ELLS,
MONTGOMERY F. MORAN,
ALBERT S. BALDOCCHI,
JOHN S. CHARLESWORTH,
NEIL W. FLANZRAICH,
PATRICK J. FLYNN,
DARLENE J. FRIEDMAN, and
CHIPOTLE MEXICAN GRILL, INC., nominal Defendant,

    Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 22, 2013.**

    The Unopposed Motion to Amend Caption [filed March 20, 2013; docket #40] is **granted in part** and **denied in part** as follows. The Clerk of the Court is directed to amend the caption as set forth above by substituting Saleem Mohammed for Ralph B. Richey. However, the remaining amendments proposed by Plaintiffs do not conform to the caption requirements set forth in D.C. Colo. LCivR 10.J and Appendix E. Therefore, such amendments are refused.