IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01831-WJM-MEH

SALEEM MOHAMMED, derivatively on behalf of Chipotle Mexican Grill, Inc.,

    Plaintiff,

v.

M. STEVEN ELLS,
MONTGOMERY F. MORAN,
ALBERT S. BALDOCCHI,
JOHN S. CHARLESWORTH,
NEIL W. FLANZRAICH,
PATRICK J. FLYNN,
DARLENE J. FRIEDMAN, and
CHIPOTLE MEXICAN GRILL, INC., nominal Defendant,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 27, 2013.**

    The Unopposed Motion for Entry of Stipulated [Proposed] Protective Order [filed March 26, 2013; docket #44] is **granted in part** and **denied in part** as follows. The Court observes two deficiencies with the proposed Stipulated Protective Order filed at docket #44-1: (1) the proposed Stipulated Protective Order is redundantly numbered; and (2) the proposed Stipulated Protective Order asserts that the Court will retain jurisdiction over this action. It will not. With these errors corrected, the proposed Stipulated Protective Order is accepted as modified, issued and filed contemporaneously with this minute order.