IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| **Civil Action No.**   12-cv-01831-WJM-MEH | **FTR – Courtroom A501** |
| **Date:**   May 6, 2013 | Nick Richards, Courtroom Deputy |
| | |
| RALPH B. RICHEY, | Charles Lilley |
| FRANCIS SCHMITZ, | Olga Pettigrew |
| SALEEM MOHAMMED, and | |
| JOANNE NELSON, | |
| | |
| Plaintiffs, | |
| | |
| v. | |
| | |
| M. STEVEN ELLS, | Andrew Clubok |
| MONTGOMERY F. MORAN, | Scott Evans |
| ALBERT S. BALDOCCHI, | |
| JOHN S. CHARLESWORTH, | |
| NEIL W. FLANZRAICH, | |
| PATRICK J. FLYNN, | |
| DARLENE J. FRIEDMAN, | |
| CHIPOTLE MEXICAN GRILL, INC., and | |
| JOHN R. HARTUNG, | |
| | |
| Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**SCHEDULING CONFERENCE and MOTION HEARING**

**Court in session:**   10:05 a.m.

The Court calls case. Appearances of counsel.

Argument and discussion regarding Defendants' Motion to Stay (Doc. 52, filed 4/9/13).

**ORDERED:**   Defendants' Motion to Stay (Doc. 52, filed 4/9/13) is **TAKEN UNDER ADVISEMENT** as stated on the record.

THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:

**Discovery Deadline: January 31, 2014**

**Dispositive Motion Deadline: March 4, 2014**

**Final Pretrial Conference:**   **May 5, 2014 at 9:45 a.m.**
In addition to filing a PDF copy with the Clerk of the Court, counsel should **e-mail** the proposed Final Pretrial Order in **Word or WordPerfect format** to Magistrate Judge Hegarty's chamber's email address at Hegarty_Chambers@cod.uscourts.gov **one week prior to the conference.**

**Court in recess:**   10:52 a.m.   (Hearing concluded)
Total time in court:   0:47

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119