IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

---

Courtroom Deputy: Sandra Hartmann        Date:   August 20, 2014
Court Reporter:    Gwen Daniel

---

Civil Action No.   12-cv-01831-WJM-MEH        *Counsel:*
Consolidated with: 12-cv-2527-WJM-MEH
                   12-cv-2635-WJM-MEH


SALEEM MOHAMMED, derivatively on          Charles Lilley,
behalf of Chipotle Mexican Grill, Inc.,   Seth Rigrodsky


    Plaintiff,

v.

M. STEVEN ELLS *et al.*,                  Scott Evans


    Defendants.


CHIPOTLE MEXICAN GRILL, INC.,

    Nominal Defendant.

---

## COURTROOM MINUTES

---

FAIRNESS HEARING

10:03 a.m.    Court in Session

Appearances of counsel

10:13  Statement made by (Mr. Rigrodsky)

10:34  Statement made by (Mr. Evans)

**ORDERED:  Plaintiff's Unopposed Motion For Final Approval of Derivative Action Settlement [89] is granted.**

**ORDERED:  Plaintiff's Unopposed Motion for Award of Attorneys' Fees and Reimbursement of Expenses [90] is granted.**

**A written order more fully elaborating on the basis for this ruling will enter shortly.**

10:46 a.m.    Court in Recess
              Hearing concluded
              Time: 43 minutes