**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 12-cv-1831-WJM-MEH

Consolidated with: 1:12-cv-2527-WJM-MEH
                        1:12-cv-2635-WJM-MEH

SALEEM MOHAMMED, Derivatively on behalf of Chipotle Mexican Grill, Inc.,

    Plaintiff,

v.

M. STEVEN ELLS, ET AL.,
DEFENDANTS,
CHIPOTLE MEXICAN GRILL, INC.,
NOMINAL DEFENDANT.,

    Defendant.

## FINAL JUDGMENT

Pursuant to an in accordance with Fed. R. Civ. P. 58(a), all previous Orders entered in this case, and the (ECF No. 96) Order Granting the Unopposed Motion for Final Approval of Derivative Action and Granting the Unopposed Motion for Attorney Fees entered by the Honorable William J. Martínez, United States District Judge on August 26, 2014,

IT IS ORDERED Plaintiff's Unopposed Motion for Final Approval of Derivative Action Settlement (ECF No. 89) is GRANTED;

The Settlement Agreement (ECF No. 81-1) is fully and finally APPROVED;

Plaintiff's Unopposed Motion for Award of Attorneys' Fees and Reimbursement of Expenses (ECF No. 90) is GRANTED; and

The Court AWARDS Plaintiff's counsel $525,000 in attorneys' fees and expenses.

Dated at Denver, Colorado this 27th day of August, 2014.

                                FOR THE COURT:
                                JEFFREY P. COLWELL, CLERK

                      By:  s/   E. Van Alphen
                                Deputy Clerk